William C. Lewis, Esq., Bar No. 77193
Rebecca L. Epstein, Esq. Bar No. 168226
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Edward V. Zimbrick and Daija Zimbrick,<br><br>　　　　　　　Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 08-54477-SLJ<br><br>Chapter 11<br><br>STATUS CONFERENCE STATEMENT<br><br>Date:　　January 13, 2010<br>Time:　　2:00 p.m.<br>Courtroom: 3099<br>Judge: Stephen L. Johnson |

Debtors Edward V. Zimbrick and Daija Zimbrick ("Debtors") hereby submit the following Status Conference Statement.

## INTRODUCTION

1.　　On August 15, 2008, Debtors filed a voluntary petition under chapter 11 of Title 11 of the United States Code. The within case was filed as a "related case" to *In re Alpha Factors, Inc. dba Century 21 Alpha* ("Alpha Factors"), a case that is also before this Court as Case No. 08-54475. The Debtors herein are related to debtor Alpha Factors because Edward Zimbrick is President and sole shareholder of Alpha Factors, made personal guarantees of certain obligations giving rise to the Alpha Factors' Chapter 11 filing, and many

STATUS CONFERENCE STATEMENT　　　　-1-

of the obligations of the Debtors in this case are directly related to the obligations in the Alpha Factors' case. Edward Zimbrick is the Responsible Individual for Alpha Factors. Daija Zimbrick is Alpha Factors' corporate secretary.

## DEVELOPMENTS SINCE LAST STATUS CONFERENCE

2. On December 2, 2010, the Court conducted a hearing on Debtors' Disclosure Statement Dated as of October 26, 2010 (the "Disclosure Statement"). At such hearing, the Court approved the Disclosure Statement and subsequently issued its written Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan Combined with Notice Thereof  (the "December 2, 2010 Order"). In the December 2, 2010 Order, (a) the hearing on confirmation was scheduled for January 13, 2011, (b) January 3, 2011, was fixed as the deadline for objections and submission of ballots relating to the Plan, and (c) the Debtors were directed to serve the following documents on all parties in interest not later than December 6, 2010: (i) Debtors' Plan of Reorganization Dated October 26, 2010 (the "Plan") and related Disclosure Statement, (ii) a ballot substantially in the form of Official Form 1, and (iii) a copy of the December 2, 2010 Order.

3. Debtors timely mailed the required documents, and based on the ballots returned by the January 3rd deadline, the Plan was accepted by two impaired classes and rejected by one ostensibly impaired class. The creditor that rejected the Plan, Alpha Factors' franchisor, Century 21 Real Estate LLC ("Century 21"), also filed a limited Objection to Plan confirmation (in addition to filing an Objection in the Alpha Factors' case).

4. Debtors believe that with two impaired classes accepting the Plan,

STATUS CONFERENCE STATEMENT          -2-

the Plan is confirmable even if Century 21's objection cannot be informally resolved. However, Debtors do not believe it is appropriate to proceed with the confirmation hearing scheduled for January 13, 2011. As explained in the Disclosure Statement, a final order of confirmation in the Alpha Factors' case is a condition precedent to the Effective Date of the Plan in the Zimbricks' case. Alpha Factors' counsel has advised that because of objections to plan confirmation received in the Alpha Factors' case, Alpha Factors does not plan to proceed with the confirmation hearing on January 13, 2011 in order to allow sufficient time to resolve the objections and/or prepare any necessary amended plan and disclosure documents.

5. The Zimbricks do not anticipate that any further amendments to their Plan and Disclosure Statement will be necessary or that there will be any need to re-ballot in their case, but with confirmation of the Alpha Factors' Plan being a condition precedent in the Zimbricks' Plan, the confirmation hearings in both the Zimbricks' and the Alpha Factors' cases should occur at the same time. At the Status Conference/currently scheduled confirmation hearing, the Debtors will ask that their confirmation hearing be continued to the same date and time requested by Alpha Factors for a continued confirmation hearing in the Alpha Factors' case.

WHEREFORE, the Debtors request that under the forgoing circumstances, the Court continue this Chapter 11 status conference for approximately 90 days.

Dated: January 10, 2011      LAW OFFICES OF WILLIAM C. LEWIS

By: ___/s/William C. Lewis_____
        William C. Lewis
        Attorneys for Debtors

STATUS CONFERENCE STATEMENT          -3-