# EXHIBIT "A"

In Re Edward V. Zimbrick and Daija Zimbrick
Ballot Tabulation

### Plan Class B (Pruneyard)

| Name and Dollar Amount of Claim (As Stated on Ballot) | No. Accept | No. Reject |
|---|---|---|
| CA-Pruneyard Limited Partnership ($368,182.51) | 1 | |
| Totals | 1 | 0 |
| Percentages | 100.00% | 0.00% |

### Plan Class C (Century 21)

| Name and Dollar Amount of Claim (As Stated on Ballot) | No. Accept | No. Reject |
|---|---|---|
| Century 21 Real Estate LLC ($250,000) [Century 21 also filed a limited Objection to Plan confirmation] | | 1 |
| Totals | 0 | 1 |
| Percentages | 0.00% | 100.00% |

### Plan Class D (General Unsecured Creditors)

| Name and Dollar Amount of Claim (As Stated on Ballot) | No. Accept | No. Reject |
|---|---|---|
| Landess Institute, LLC ($203,591.80) | 1 | |
| Wells Fargo Card Services ($751.75) | 1 | |
| Wells Fargo Card Services ($4,305.68) | 1 | |
| Glenn and Darlene Harbeck ($560,000.00) | 1 | |
| Totals | 4 | 0 |
| Percentages | 100.00% | 0.00% |

# EXHIBIT "B"

William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

Edward V. Zimbrick and Daija Zimbrick,

Debtors.

Case No.: 08-54477-SLJ

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN**

Class B (CA-Pruneyard Ltd Partnership)

---

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class B under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class B claim against the Debtors in the unpaid amount of $ 368,182.51

(Check one box only):   [X] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

Dated: 12/8/2010
Print or type name: CA-Pruneyard Limited Partnership
Signature: Joseph H. Schiff
Title (if corporation or partnership) Attorney
Address 1999 Harrison Street, Suite 660
         Oakland, CA 94612
Telephone (510) 273-8795

-1-

| | |
|---|---|
| 1 | William C. Lewis, Esq., Bar No. 77193<br>LAW OFFICES OF WILLIAM C. LEWIS |
| 2 | 510 Waverley Street<br>Palo Alto, CA 94301-2009 |
| 3 | Telephone: (650) 322-3300<br>Facsimile: (650) 327-9720 |
| 4 | |
| 5 | Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | | Case No.: 08-54477-SLJ |
| Edward V. Zimbrick and Daija Zimbrick, | | Chapter 11 |
| Debtors. | | **BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN**<br><br>Class B (CA-Pruneyard Ltd Partnership) |

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class B under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class B claim against the Debtors in the unpaid amount of $ 368,182.51

(Check one box only):   [X] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: 12/16/10
Print or type name: CA-PRUNEYARD LIMITED PARTNERSHIP
Signature: _____
Title (if corporation or partnership): ATTORNEY IN FACT
Address: TWO N. RIVERSIDE PLAZA, STE 2100
CHICAGO IL 60606
Telephone (312) 466-3445

-1-

Case: 08-54477    Doc# 167-1    Filed: 01/10/11    Entered: 01/10/11 13:33:50    Page 5 of 13

```
1   William C. Lewis, Esq., Bar No. 77193
    LAW OFFICES OF WILLIAM C. LEWIS
2   510 Waverley Street
    Palo Alto, CA 94301-2009
3   Telephone: (650) 322-3300
    Facsimile: (650) 327-9720
4
    Attorneys for Debtors
5
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 08-54477-SLJ |
| Edward V. Zimbrick and Daija Zimbrick, | Chapter 11 |
| Debtors. | **BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN** |
| | Class C General Unsecured Creditors |

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 250,000

(Check one box only): [ ] ACCEPTS THE PLAN    [X] REJECTS THE PLAN

Dated: January 3, 2011
Print or type name: Century 21 Real Estate LLC
Signature: _____
Title (if corporation or partnership) Attorneys - Forman Holt Eliades & Ravin LLC
Address: 80 Route 4 East - Suite 290
         Paramus, New Jersey 07652
Telephone: (201) 845-1000

-1-

William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

Edward V. Zimbrick and Daija Zimbrick,

    Debtors.

Case No.: 08-54477-SLJ

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN**

**Class D General Unsecured Creditors**

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ _203,591.80_

(Check one box only):  [X] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

Dated: _12/22/10_
Print or type name: _Gregger Sotelo, for Lantess Institute, LLC_
Signature: _[signature]_
Title (if corporation or partnership) _Attorney_
Address: _c/o Pahl & McCay_
_225 W. Santa Clara, Ste. 1500, San Jose, CA 95113_
Telephone: _(408) 286-5100_

-1-

Case: 08-54477    Doc# 167-1    Filed: 01/10/11    Entered: 01/10/11 13:33:50    Page 7 of 13

```
 1  William C. Lewis, Esq., Bar No. 77193
    LAW OFFICES OF WILLIAM C. LEWIS
 2  510 Waverley Street                              DEC  9 2010
    Palo Alto, CA 94301-2009
 3  Telephone: (650) 322-3300                        P.O. BOX 522
    Facsimile: (650) 327-9720
 4
    Attorneys for Debtors
 5
                    UNITED STATES BANKRUPTCY COURT
 6             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 7  In re:                        )   Case No.: 08-54477-SLJ
                                  )
 8  Edward V. Zimbrick and Daija Zimbrick, ) Chapter 11
                                  )
 9               Debtors.         )   BALLOT FOR ACCEPTING OR
                                  )   REJECTING DEBTORS' CHAPTER 11
10                                )   PLAN
                                  )
11                                )   Class D General Unsecured Creditors
                                  )
12                                )
```

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 751.75

(Check one box only):   [X] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: 12-21-10
Print or type name: Sharon Bescum
Signature: Sharon Bescum
Title (if corporation or partnership) Supervisor
Address: 7000 Vista Dr. Johnston IA 50146
         Wells Fargo Card Services
Telephone: (515) 222-8171

-1-

Case: 08-54477   Doc# 167-1   Filed: 01/10/11   Entered: 01/10/11 13:33:50   Page 8 of 13

William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

DEC 9 2010

P.O. BOX 522

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:                                        ) Case No.: 08-54477-SLJ
                                              )
Edward V. Zimbrick and Daija Zimbrick,        ) Chapter 11
                                              )
             Debtors.                         ) **BALLOT FOR ACCEPTING OR**
                                              ) **REJECTING DEBTORS' CHAPTER 11**
                                              ) **PLAN**
                                              )
                                              ) Class D General Unsecured Creditors
                                              )
                                              )

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 4,305.68

(Check one box only):  [X] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

Dated: 12-21-10
Print or type name: Sharon Bascor
Signature: Sharon Bascor
Title (if corporation or partnership) Supervisor
Address: 7000 Vista Dr WDM IA 50266
Wells Fargo Card Services
Telephone: (515) 222-8171

-1-

Case: 08-54477   Doc# 167-1   Filed: 01/10/11   Entered: 01/10/11 13:33:50   Page 9 of 13

William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

Edward V. Zimbrick and Daija Zimbrick,

Debtors.

Case No.: 08-54477-SLJ

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN**

**Class D General Unsecured Creditors**

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 560,000.00

(Check one box only): [X] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: 12-14-10
Print or type name: Glenn G. Harbeck
Signature: _____
Title (if corporation or partnership): Darlene S. Harbeck, Darlene S. Harbeck
Address: 509 Timmonsville Wy
The Villages Fl. 32162
Telephone: (352) 223-3995

-1-

Case: 08-54477   Doc# 167-1   Filed: 01/10/11   Entered: 01/10/11 13:33:50   Page 10 of 13

# EXHIBIT "C"

```
 1 │ William C. Lewis, Esq., Bar No. 77193
   │ LAW OFFICES OF WILLIAM C. LEWIS
 2 │ 510 Waverley Street
   │ Palo Alto, CA 94301-2009
 3 │ Telephone: (650) 322-3300
   │ Facsimile: (650) 327-9720
 4 │
   │ Attorneys for Debtors
 5 │
   │              UNITED STATES BANKRUPTCY COURT
 6 │        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 7 │ In re:                        )  Case No.: 08-54477-SLJ
                                   )
 8 │ Edward V. Zimbrick and Daija Zimbrick, ) Chapter 11
                                   )
 9 │         Debtors.               )  BALLOT FOR ACCEPTING OR
                                   )  REJECTING DEBTORS' CHAPTER 11
10 │                                )  PLAN
                                   )
11 │                                )  Class D General Unsecured Creditors
                                   )
12 │                                )
                                   )
```

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 98,686.02

(Check one box only): [✓] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: 12-17-10
Print or type name: Jerry Parker
Signature: [signed]
Title (if corporation or partnership) _____
Address: 9605 Lantz Dr
Morgan Hill Ca 95037
Telephone: (408) 623-3996

-1-

William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

Edward V. Zimbrick and Daija Zimbrick,

Debtors.

Case No.: 08-54477-SLJ

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' CHAPTER 11 PLAN**

**Class D General Unsecured Creditors**

Debtors Edward and Daija Zimbrick ("Debtors") filed their Plan of Reorganization dated October 26, 2010 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). A copy of this Disclosure Statement is included in the same package with this ballot and provides information to assist you in deciding how to vote your ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If your claim is allowed, it will be be placed in class D under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of William C. Lewis, 510 Waverley Street, Palo Alto, CA 94301 (ecf@williamclewis.com) on or before January 3, 2011 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class D (General Unsecured) claim against the Debtors in the unpaid amount of $ 3589.86

(Check one box only):   [✓] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: December 10, 2010
Print or type name: Marlin Leasing Corporation
Signature: Rebecca Meader
Title (if corporation or partnership) Managing Paralegal
Address: 300 Fellowship Road
Mount Laurel, NJ 08054
Telephone: (856) 505-4316

-1-